950

No. 10–9453. COPE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–9455. NGUYEN NGODTU CHU v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9456. BAEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–9458. BROWN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–9459. SANTOS MORIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9460. NEWMAN v. WETZEL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9463. LOPERA-OCHOA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9464. BAKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9466. RAINEY ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9468. CANNON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9471. BERGER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9472. MOHAMED v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–9473. BERGER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9477. JOHNSTON v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 10–9478. LOWRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9479. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.